IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH R. TOMELLERI,

    Plaintiff,

V.

CHARLES J. GREENWALT, et al.,

    Defendants.

CASE NO. 2:14-cv-00163
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-3-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE